Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

_____ Division

**FILED**

AUG 01 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Malik Haleem Swinton | ) Case No.   3:22-cv-04276-LB |
| | ) _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)*  ☑Yes  ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| | ) |
| Department of Justice, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |



## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                 Malik Haleem Swinton
Street Address       503 Mission Hill Dr.
City and County      Fort Wayne, Allen county
State and Zip Code    IN  46804
Telephone Number     (415) 336-0516
E-mail Address       deanbrasco@hotmail.com

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name · DOJ Federal Bureau of Prisons

Job or Title *(if known)* · James Highman (RRM)

Street Address · 501 I Street, Suite 9-400

City and County · Sacramento, Sacramento County

State and Zip Code · CA 95814

Telephone Number · 916 930 2010

E-mail Address *(if known)* · CSC-CLM@bop.gov

**Defendant No. 2**

Name · Geo Group (Oakland)

Job or Title *(if known)* · Mr. Lang (House Director)

Street Address · 205 Mac Arthur Blvd

City and County · Oakland, Alameda County

State and Zip Code · CA 94610

Telephone Number · (510) 839 1701

E-mail Address *(if known)* · Unknown

**Defendant No. 3**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See attached

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

July, 26, 2022

**II. Basis for Jurisdiction**
Page 3 of 5

 **A. List of specific federal statutes and or provisions of the United States Constitution that are at issue in this case.**

Constitutional violations:

5th Amendment of Due Process
6th Amendment of Right to defend myself
8th Amendment of Cruel and Unusual Punishment
14th Amendment of Citizenship Rights and malicious prosecution

False imprisonment, negligence, prejudice, retaliation, double jeopardy, abuse of process, abuse of authority, wrongful arrest, injury of innocent bystander, discrimination, racial profiling, dishonesty, libel, slander and defamation of character, and failure to intervene.

60 Am. Jur. 2nd Penal and Correctional Etc. 122 American Jurisprudence 2nd Edition states that: it is a violation of my Civil Rights to Denied me from Drug and Alcohol treatment.

18 US Code 3621, Place of Imprisonment: I was suppose to be placed 500 miles or 500 and closer in driving distance from my primary residence of Las Vegas, NV. I was NOT.

American with Disabilities Act, 42 U. S. Code 12101.

Under California Civil Code 3294, a plaintiff may be awarded punitive damages if there is clear and convincing evidence that the defendant in their case is guilty of: Oppression, Fraud, or Malice.

In 1941, the California Supreme Court, in Donnelly v. Southern Pacific Co., explained that a defendant who performs an act "intentionally with the knowledge that it will probably cause harm" can be required to pay damages above and beyond those available in traditional negligence cases.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_See attached_
_____

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

July 26, 2022

## III. Statement of Claim

1. Approximately September 6, 2020, for the 2nd time I was called to the office of the Director of the halfway house in Oakland by Mr. Lang. Note that I was only there for 6 days at this point. I was asked questions about my past accomplishments of being a decorated Military Disabled Veteran and a retired DOJ Federal Bureau of Prison as a HR Specialist/Manager and a Federal Law Enforcement Officer (CO). I thought that was strange because it was 8:00 am in the morning. Mr. Lang and another employee took me into another room and asked me if I took medication and 5 minutes later the US Marshals walked into the room to arrest me. When I asked what did I do; everyone got quite as if it was a secret. I was not allowed to make a call or to change clothes into something warm. I was left in a t-shirt, shorts, and slippers. I was not given an attorney. I did not have my Miranda rights read to me.

2. I was arrested without a violation, without a charge of a crime, and without charges. This is a violation of the Bureau of Prisons and the GEO halfway house policies. By law and policy: I was supposed to be told or warned of a violation or a potential charge, or crime. And next comes a remedy. Lastly, would be a formal charge towards the repeated offender if it happened again after warnings and taken to jail; if necessary. All of this should have been written on paper so I could appeal; if necessary.

3. Again, I did not commit a crime; so there was not a charge or violation written on paper. The Geo Group told a lie about me and sold it to the Federal Bureau of Prisons without following the law and clearly written policies so this exact situation would never happen. With that being said; I was taken to the federal court house and again I asked the Marshals why was I arrested. They said they did not know and that they were just bus drivers.

4. Approximately 12:30 pm, the same day, 4 hours later, I arrived to the county jail: the nurses, the deputy sheriffs, and the bail bondsman ALL said they never saw anyone sitting in jail as long as I was or even arrested without there being a formal charge of a crime. The deputies and bail bondsmen said they could not help me because there was not paperwork to look at or appeal. I contacted the regional BOP office in Sacramento and I asked BOP employee James Highman why was I being held in custody and he said he can not tell me. He knew the actual truth and was trying to cover everything up.

5. The Bureau of Prisons and the Geo Group are trying to cover this horrible situation up. Now, after sitting in jail for a weekend, and then a couple of weeks, and then 2 months. I finally called a federal public defender at the courthouse named John P. Richman who called my situation a Lock Away Issue. He stated African Americans being Locked Away without a charge or a crime is a real problem in America.

6. The attorneys finally got in contact with the Bureau of Prisons and it took about 3 weeks for the Bureau of Prisons to tell the attorney why I was sitting in jail. They tried to sell 2 lies about me which could not stick according to the law and the BOP finally ran out of time and said I was in jail because I was impersonating a peace officers and trying to purchase a weapon. This was the 2nd time the Federal Bureau of Prisons has accused me of impersonating a peace officer with the intent of buying or hiding a concealed weapon or being myself by profession.

7. The last time was in June of 2017 in Tulsa Oklahoma.  The Tulsa court dropped all charges and expunged my record because of this same fraudulent, slandering, and defaming statements. I spent a night in a Tulsa county jail because of that lie. This is a clear retaliation because I had to filed EEO, civil right violations, and negligence charges on the BOP in the past. They said they never said these things and the case was settled. Now, 5 years later the Federal Bureau of Prisons made the SAME fraudulent, slandering, and defaming statements Again that resulted in me losing  3 months of my life in jail, 30 days of good time and left homeless.

8. One of the attorneys BOP spoke to on my behalf called the charges ridiculous. Not only did I never received an apology or explanation; but instead, they just moved me from Oakland to San Francisco.

9. On November 26, 2020, after I was released and moved to San Francisco it took about a month before Oakland halfway house would release all of my property. I was left without my clothes, wallet, identification, books, and a cellphone.

10. From November of 2020 to March of 2021, I tried continually to get the BOP RRM and the Geo Group to follow the law and court order that states I was supposed to be at my primary residence of Las Vegas, NV. I was not allowed to make the 5-6 hour drive or to make the 2 hour airline flight in order to find a new home. Keep in mind, after Covid most hotels and apartments required new residence to appear in person before leasing to them. I was denied from traveling every time without a proper reason.

11. On March 3, 2021, I was left homeless and stranded in San Francisco; one of the most expensive cities in America. I ended up finding a cheap hotel in South San Francisco. I was left with no money, no food, no water, no transportation, and no family or friends. It was absolutely terrible. I eventually was force to move to Indiana because my mental, physical disabilities, and conditions were getting worse living in expensive San Francisco.

July 26, 2022

## IV. Relief

I am demanding punitive damages because the defendant's conduct was reckless, wanton, and intentional. The defendant's actions were motivated by ill-will, with malicious motives, oppressive, malevolent and their conduct was far outside acceptable social norms.

I have made at least 4 attempts to settle this without going to court and I was just ignored. The defendants are trying to cover this horrible situation up. The Oakland halfway house, as well as, the Federal Bureau of Prisons refused to acknowledge anything in writing.

As a result of the Federal Bureau of Prisons and the Geo Group negligence, Civil Rights, ADA and Constitutional Rights violations; I have experienced extreme pain, stress, anxiety, depression, insomnia and suffering: mentally, psychologically and physically. I lost thousands of dollars from lost wages, medical treatment, all money spent while being homeless living in hotels which includes: food, bills, and rent. I also lost money spent from having to move from California, picking my furniture up from Las Vegas, and moving to and now stranded in Fort Wayne IN.

At the present when I apply for a job and or for an apartment, I'm asked about that September, 2020 arrest of impersonating a peace officer with a weapon. I can not explain to people why I was arrested. I am left in limbo.

Additionally, I am entitled to punitive damages because this was the 2nd time the Federal Bureau of Prison fraudulently and intentionally accused me of committing a crime out of retaliation. This was a clear double jeopardy and I do not want this to happen to me or to another innocent American citizen; especially towards innocent unarmed African American males.

I am requesting a judgement against the Defendants: the Federal Bureau of Prisons and the Geo Group for punitive damages in excess of $1,000,000, plus damages from court cost and fees. If this case is not settled and it goes to trial I would like to be appointed an attorney on my behalf. I also request for the individuals involved to be fired or removed with their position so this will never happen to again.

See attached

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     July 26, 2022

Signature of Plaintiff

Printed Name of Plaintiff     Malik Haleem Swinton

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____



U.S. POSTAGE
$1.68
FCMF    0000
Orig: 46804
Dest: 94612
07/28/22
2000052005
R2305K13 4265

**CPU**

Mission Hill Dr.
Wayne, IN 46804

Ronald V. Dellums Federal Building
+ Courthouse (U.S.)
1301 Clay Street
Oakland, CA 94612